UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE DIXON, | Case No. 08cv1764-JM(BLM) |
| Petitioner, | **ORDER: (1) GRANTING MOTION TO AMEND/CORRECT NOTICE OF APPEARANCE (Doc. No. 38),** |
| v. | **(2) STRIKING PRIOR NOTICE OF APPEARANCE (Doc. No. 37),** |
| DERRAL G. ADAMS, Warden, et al., | **(3) ACCEPTING TRAVERSE (Doc. No. 39), AND (4) STRIKING PRIOR TRAVERSE (Doc. No. 35)** |
| Respondents. | |

Petitioner initiated this action *in pro per* and filed his First Amended Complaint in that capacity. Respondents filed an answer to that complaint and, on October 16, 2009, Petitioner filed a timely traverse.

On October 29, 2009, Petitioner obtained counsel. See Doc. No. 38, Ex. 1. Counsel entered an appearance on Petitioner's behalf on November 2, 2009.[1] Petitioner's counsel then filed a timely

---

[1] Petitioner's counsel filed a Notice of Appearance (Doc. No. 37) and then filed a Motion to Amend/Correct Notice of Appearance (Doc. No. 38), which appears to correct the name of the Respondent warden. The Court hereby **GRANTS** Respondents' motion and orders the Clerk of Court to **STRIKE** the initial notice (Doc. No. 37) from the record.

1 | traverse on November 4, 2009.[2]

2 |     Petitioner can have only one operable traverse. Because
3 | Petitioner obtained counsel after filing his *pro se* traverse, the
4 | Court accepts the latest traverse filed by counsel as the operable
5 | traverse and orders the *pro se* traverse (Doc. No. 35) **STRICKEN** from
6 | the record.

7 |     **IT IS SO ORDERED.**

8 | DATED: November 4, 2009

                                                                      */s/ Barbara L. Major*
                                                     BARBARA L. MAJOR
                                                     United States Magistrate Judge

---

[2] By order dated August 27, 2009, this Court granted Petitioner until November 4, 2009, to file a traverse. Doc. No. 33.